UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BYRON SMITH,

                                        Plaintiff,

- against -

ART REPORT LLC

                                        Defendant.

---

Docket No. 1:18-CV-11019-LAP

## [PROPOSED] ORDER TO SHOW CAUSE
## FOR DEFAULT JUDGMENT

Upon plaintiff Byron Smith ("Plaintiff")'s application for default judgment, the

declaration of James H. Freeman, sworn to the 14th day of April, 2021 and the exhibits annexed

thereto, the declaration of Plaintiff, sworn to the 14th day of April, 2021 and the exhibits

annexed thereto, the Statement of Damages and upon all prior papers and proceedings filed

herein, it is hereby:

**ORDERED,** that the above-named defendant, Art Report ("Defendant"), show cause at a

hearing before this Court at the United States Courthouse, Southern District of New York, [ _Courtroom 12 A_ ] 500

Pearl Street, New York, NY 10007, in the City, County and State of New York, on

_May 20_, _2021_ at _9:00am_ or soon thereafter as counsel may be heard,

why an Order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of

Civil Procedure in favor of Plaintiff for the following relief:

1.      Directing that a default judgment as to liability for copyright infringement under
        17 U.S.C. § 501 be entered against Defendant;

1

2.    Directing that a default judgment as to liability for violation of 17 U.S.C. §1202(b) for unlawful removal of copyright management information in violation of the Digital Millennium Copyright Act;

3.    Ordering Defendant to pay $1,100.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

4.    Ordering Defendant to pay $5,000.00 in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for unlawful removal of copyright management information in violation of the DMCA;

5.    Ordering Defendant to pay $455.00 in attorneys' fees under 17 U.S.C. § 1203(b)(5);

6.    Ordering Defendant to pay $440.00 in costs pursuant to Fed.R.Civ.P. 54(d);

7.    Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

8.    Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

9.    Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 55.2, service of a copy of this Order and annexed declarations, papers and exhibits be made at Defendant's last known *overnight* business address via U.S. mail *— or other overnight service no later than May 5*. Any opposition to entry of a default judgment is due on or before _May 14_, _2021_. Any reply papers shall be due by _May 18_, _2021_.

New York, New York

Dated: _May 3, 2021_

SO ORDERED.

_Loretta A. Presky_
Loretta A. Preska (U.S.D.J.)