UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------x
Byron Smith,
:
                Plaintiff(s),    :    18cv11019 (LAP)
:
        -against-                :    ORDER
:
Art Report LLC                   :
                Defendant(s).    :
:
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     Counsel shall confer and inform Judge Preska by letter no later than August 03, 2022 of the status of the action/remaining claims/defendants.

SO ORDERED.

*[signature]*

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: August 16, 2022
New York, New York